# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| (1) ADRIANNA MAREE MENDEZ | ) ) ) ) | **6:25-cr-00139-1** |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* (1) ADRIANNA MAREE MENDEZ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

COUNT ONE: 21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(A)(viii)] – Conspiracy to Distribute at Least 500 Grams of Methamphetamine, a Schedule II Controlled Substance

Date: 05/13/2025

*L. Diaz*
*Issuing officer's signature*

City and state: WACO, TX

L. Diaz, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*