# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br><br>(4) MICHAEL PAUL MARTINEZ<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No.<br><br>**6:25-cr-00139-4** |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     (4) MICHAEL PAUL MARTINEZ                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

COUNT ONE: 21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(B)(viii)] – Conspiracy to Distribute at Least 50 Grams of Methamphetamine, a Schedule II Controlled Substance

Date: 05/13/2025

*L Diaz*
*Issuing officer's signature*

City and state:   WACO, TX

L. Diaz, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*


*Printed name and title*