# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br><br>(14) ZACHARY ALVIN GUANA<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>**6:25-cr-00139-14** |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   (14) ZACHARY ALVIN GUANA                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

COUNT ONE: 21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(B)(viii)] – Conspiracy to Distribute at Least 50 Grams of Methamphetamine, a Schedule II Controlled Substance

Date:   05/13/2025                          *L Diaz*
                                                                        *Issuing officer's signature*

City and state:   WACO, TX                    L. Diaz, Deputy Clerk
                                                                        *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____
                                                                        *Arresting officer's signature*

                                                                        *Printed name and title*